# FILED

08/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0448



## IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23 - 0448

DAVID WARRANT,

        Petitioner and Appellant,

v.

RYAN PETERSON,

        Respondent and Appellee.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

        Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

        DATED: August 17, 2023.

BOWEN GREENWOOD
Clerk of the Supreme Court